DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372



Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

Lena Gourley

        **Plaintiff,**

vs.                                Civil No. 06-cv-00307-AS

**Commissioner of Social Security**

       **Defendant.**                     **ORDER GRANTING AWARD OF EAJA FEES**

      Pursuant to Stipulation, and good cause appearing therefore,

      IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$6.90**, costs in the amount of **$7.70**, and attorney's fees in the amount of **$4028.07** for total in the amount of **$4042.67**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 25 day of January, 2007.

                                            _____
                                            Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**